# EXHIBIT A

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 2015 CV 257488

Date Filed _____

Attorney's Address
- Claudio Blondish_____
- 651 Lynwood Park
- Stone Mtn GA 30087

Name and Address of Party to be Served.
Aldridge Conners, LLP
15 Piedmont Center
3575 Piedmont Road NE
Atlanta GA 30305

| | | | |
|---|---|---|---|
| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, ____Fulton____ COUNTY

_____
_____ Plaintiff

VS.

Aldridge Conners, LLP
Bank of America, N.A., NKA _____
_____ Defendant

_____
_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant Aldridge Conners, LLP _____ a corporation by leaving a copy of the within action and summons with Y T Bailey in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 22 day of April, 20 11.

_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____    WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

# IN SUPERIOR COURT OF DEKALB COUNTY

# STATE OF GEORGIA

**Plaintiff**

CLAUDIA BELINDA SANFORD

V.

ALDRIDGE CONNERS , LLC

BANK OF AMERICA N.A SUCCESSOR BY MERGER TO

BAC HOME LOANS SERVICING, LP

FORMALY KNOW AS COUNTRYWIDE HOME LOANS, LP

Defendant



2015CV259488

FILED IN OFFICE
APR 10 2015
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

### EMERGENCY PETITION FOR TEMPORARY TRO AND EMERGENCY INJUNCTION TO STOP FORECLOSURE

## FOR WRONGFUL FORECLOSURE, DECLARATORY RELIEF AND JUDGEMENT, FRAUD, ASSIGNMENT AND TITLE FRAUD/SLANDER OF TITLE, VIOLATIONS OF FAIR DEBT COLLECTIONS ACT, VIOLATION OF DUTY OF GOOD FAITH AND FAIR DEALING, CLAIM FOR LITIGATION FEES AND COSTS

Plaintiff, Claudia Belinda Sanford seeks an Emergency injunction to stop the defendants from foreclosure on said property at 631 WynPoint Place in Delkalb County Georgia. **Plaintiff** Claudia Belinda Sanford (Prose) brings this action against the above- named defendants for wrongful foreclosure, declaratory relief and judgment, fraud, assignment and title

fraud/slander of title fraud/slander of title, violations of fair debt collections act violations of duty good faith and fair dealings and claim for litigation fees and cost.

## JURISDICTIONAL ALLEGATIONS

1. In this complaint; Plaintiff seeks an emergency injunction to stop foreclosure and eviction proceedings for themselves. Based on failure to comply with statutory basics to foreclosure. Plaintiff, seek to represent also seek a determination of validity of foreclosure sale in violation of statutory requirements, together with such other and further relief as the court may deem reasonable and just under circumstances.

2. Georgia has longstanding, statutorily prescribed Non-Judicial procedures by power of sale with minimal consumer protection for homeowners. O.C.G.A 44-14-162 et seq.

3. The law is clear, however, the entities foreclosing upon homeowners must abide by Georgia's statutory basics to foreclosure. O.C.G.A 23-2.114. Among other things, it is clear that the entity seeking to foreclose must have actual legal authority to use the power of sale.

4. At all times material to this lawsuit. Trent, Plaintiff was a resident of Gwinnett County Georgia.

5. At all times material to this lawsuit, Bank Of America, N.A Mortgage corporation is a located in 475Crosspoint Parkway Getzsville, NY 14068

6. All acts necessary or precedent to bringing of this lawsuit occurred or accrued in ~~Gwinnett~~ County Georgia, ~~Lawrenceville~~ STONE MTN DeKalb

7. This court has jurisdiction

## GENERAL FACTUAL ALLEGATIONS

8. On July 23, 2004 Plaintiff and Defendant signed a note and Security Deed, in favor of Bank of America NA, for the purchasing of the subject property located at 631 WynPoint Place Stone Mountain, GA 30087 in Dekalb county GA.

9. Signed a promissory note in the amount of $191,920.00

10. The said deed was recorded as: LAND LYING AND BEING IN LAND LOT 32 OF THE 18TH DISTRICT OF DEKALB COUNTY GEORGIA, BEING KNOWN AS LOT 15 OF SUDIVISION WYNBROOK CHASE AS SHOWN ON A PLAT RECORDED AT PLAT BOOK 130,PAGE 113-118, DEKALB COUNTY GEORGA IS RECORDS.

11. The loan number associated with the above referenced Deed is 65287569

12. At all times since the recordation of plaintiffs Deed, to the best of plaintiffs knowledge and believe, the loan had continually been with Bank Of America loan number 65287569 and Plaintiffs contact information remained the same

13. Defendant fails to identify Bank Of America N.A. Mortgage as the owner and holder of the note and fails to positively represent Bank Of America N.A that owns and holds any interest in the security Deed or has any rights which support a foreclosure of property.

14. Plaintiff is unsure whether Bank Of America N.A. or any other entity is the holder of the note as Bank Of America N.A failed to disclose the information requested through qualified written request.

15. Plaintiff received a notice of sale around on April 3nd, 2014

16. Defendants attempt to foreclose upon the subject property violates OCCGA 44-14-162 (b)

17. The date of sale is set for October 07, 2011 without intervention from court; plaintiff property will be illegally sold that day. A letter of confirmation was sent 9-29-2014 of CANCELATION OF FORCLOSURE SALE. No other Communication was issued.

18. Plaintiff alleges and restates the foregoing jurisdictional allegations and General factual allegations.

19. Plaintiff in the matter seeks relief for defendant's wrongful foreclosure practices and actions. Plaintiff seek declaratory and injunctive relief concerning foreclosures conducted by entities who do not hold the power of sale, injunction of eviction action pending procedures to verify the validity of original sales, injunction of upcoming sales where there is no proof of assignment ,cancellation of fees and cost for invalid sales processes and damages.

## Wherefore, Plaintiff Request:

20. That all named Defendants Cease and Desist from any and all foreclosure proceedings pending each providing official verification of their standing as lender/mortgage note holder, servicer, agent, attorney, debt collector, investor ,trustee ,attorney in fact or otherwise in this matter.

*Claudia B Sanford*
CLAUDIA BELINDA SANFORD
631 WynPoint Dr
Stone Mountain, GA 30087

**ALDRIDGE CONNORS, LLP**
15 Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Telephone: (404) 994-7400

9/29/2014

**VIA REGULAR MAIL**

1016-667500124A/Claudia Sanford
631 Wynpoint Place
Stone Mountain, GA 30087

RE:   CANCELLATION OF FORECLOSURE SALE

| | |
|---|---|
| Servicer's Loan Number: | **65287569** |
| Our File Number: | **1016-667500124A** |
| Original Borrower(s): | **Claudia Sanford** |
| Property Address: | **631 Wynpoint Place, Stone Mountain, GA 30087** |

Dear Sir or Madam:

This letter will serve as confirmation that the foreclosure sale of the above-referenced property which was scheduled for **October 7, 2014** has been cancelled. If another foreclosure sale is scheduled for a later date, you will receive additional notice advising of the new sale date.

Sincerely,

Aldridge Connors, LLP

**PLEASE BE ADVISED THAT THIS LETTER MAY CONSTITUTE AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

BANK of AMERICA N.A. MORTG
475 CROSS POINT PARKWAY
GETZVILLE, NY 14068

* ALDRIDGE CONNORS, LLP
  15 PIEDMONT CENTER
  3575 PIEDMONT ROAD. N.E
  Atlanta, GA. 30305



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
## SUMMONS

_____ ) Case
                                                        ) No.: _____

*CLAUDIA BELINDA SANFORD*
**Plaintiff,**

vs.

*ALDRIDGE CONNORS, LLC*
*BANK OF AMERICA*
*A/C/A COUNTRYWIDE HOME LOAN LP*
**Defendant**

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

*ALDRIDGE CONNORS, LLP*
*15 PIEDMONT CENTER*
*3575 PIEDMONT ROAD NE*
*Atlanta, GA 30305*

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____10_____ day of ___April___, 20 _15_

                                                       Honorable Cathelene "Tina" Robinson
                                                       Clerk of Superior Court
                                                       By_____
                                                                Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20 _____

                                                                             _____
                                                                             Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

# General Civil Case Filing Information Form (Non-Domestic)

**Court**       County  FulTon           Date Filed _____
☐ Superior                                           MM-DD-YYYY
☐ State         Docket # 2015 CV2 59488.

## Plaintiff(s)

Sanford   Claudia   B
Last      First     Middle I.   Suffix Prefix   Maiden

_____
Last      First     Middle I.   Suffix Prefix   Maiden

_____
Last      First     Middle I.   Suffix Prefix   Maiden

_____
Last      First     Middle I.   Suffix Prefix   Maiden

**No. of Plaintiffs** _____

## Defendant(s)

ALDRIDGE  CONNERS, LLP
Last      First     Middle I.   Suffix Prefix   Maiden

BANK of AMERICA NA SUCCESSOR BKA Countrywide
Last      First     Middle I.   Suffix Prefix   Maiden

_____
Last      First     Middle I.   Suffix Prefix   Maiden

_____
Last      First     Middle I.   Suffix Prefix   Maiden

**No. of Defendants** _____

**Plaintiff/Petitioner's Attorney**       ☐ Pro Se

Sanford   Claudia   B
Last      First     Middle I.   Suffix

**Bar #** _____

FILED IN OFFICE
APR 10 2015
DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Presonal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgement Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☐ Tort (If tort, fill in right column)
☒ Other General Civil Specify_____

### If Tort is Case Type:
(Check no more than **TWO**)

☐ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____
_____

**Are Punitive Damages Pleaded?**   ☐ Yes  ☐ No

☐ I hereby certify that the documents in this filing (including attachments and exhibits) satisfy the requirements for redaction of personal or confidential information in O.C.G.A. 9-11-7.1



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
## SUMMONS

|  |  |
|---|---|
| _____ ) Case | |
| ) No.: _____ | |
| ) | |
| CLAUDIA BELINDA SANFORD ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ALDRIDGE CONNERS, LLP ) | |
| BANK of AMERICA ) | |
| AKA COUNTRYWIDE HOME LP ) | |
| **Defendant** ) | |
| ) | |
| ) | |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

BANK of AMERICA NA MORTG
475 CROSS POINT PARKWAY
GETZVILLE, NY 14068

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This _____10_____ day of ___April___, 20_15_

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20 _____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used